IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
_____ DIVISION

RECEIVED
IN CLERK'S OFFICE
NOV 2 4 2014
U.S. DISTRICT COURT
MID. DIST. TENN.

CHARLES E. LIKELY,  )
)
)
)
)
**Name of Plaintiff** )
) Case No. _____
v. ) (To be assigned by Clerk)
) Jury Demand ✓ Yes ☐ No
PRISONER TRANSPORTATION SERVICES )
OF AMERICA LLC., )
)
)
)
)
**Name of Defendant(s)** )

## COMPLAINT UNDER TITLE VII OF THE CIVIL RIGHTS ACT OF 1964

1. This action is brought pursuant to Title VII of the Civil Rights Act of 1964, and the Civil Rights Act of 1991, for employment discrimination. Jurisdiction is specifically conferred upon the Court by 42 U.S.C. § 2000e-5, or, if the Plaintiff is a federal employee, by 42 U.S.C. § 2000e-16. Relief is sought under 42 U.S.C. § 2000e-5(g) and/or 42 U.S.C. § 1981a(b).

2. Plaintiff, <u>CHARLES E. LIKELY</u>, is a citizen of the United States and resides at

   <u>323 41st Avenue North</u>, <u>Centerpoint</u>,
   Street address                City

   <u>JEFFERSON</u>, <u>ALABAMA</u>, <u>35215</u>, <u>205-853-6873</u>.
   County          State          Zip Code   Telephone Number

3. Defendant, <u>PRISONER TRANSPORTATION SER.</u> resides at, or its business is located at

   <u>1854 Airlane Drive,</u>              <u>Nashville</u>,
   Street address                          City

   <u>Davidson</u>, <u>Tennessee</u>, <u>37210</u>.
   County       State        Zip Code

(If more than one Defendant, list the name and address of each additional Defendant)

_____

_____

_____

_____

_____.

4. Plaintiff sought employment from the Defendant or was employed by the Defendant at

<u>1854 Airlane Drive,</u> , <u>Nashville</u> ,
Street address                               City

<u>Davidson</u> , <u>Tennessee</u> , <u>37210</u> .
County           State            Zip Code

5. Defendant discriminated against Plaintiff in the manner indicated in paragraphs 8 and 9 of this Complaint on or about <u>August -December</u>   <u>15/15</u>   <u>2012</u> .
                                                 Month            Day         Year

6. Plaintiff filed charges against the Defendant with the Tennessee Human Rights Commission or the Equal Employment Opportunity Commission charging the Defendant with the acts of discrimination indicated in paragraphs 8 and 9 of this Complaint on or about <u>July</u>        <u>11</u>        <u>2013</u> .
        Month              Day              Year

7. The Equal Employment Opportunity Commission or the United States Department of Justice issued a Notice of Right to Sue which was received by Plaintiff on _____
                                                                                       Month
<u>25</u>          <u>2014</u>       , a copy of which Notice is attached.
  Day              Year

8. Because of Plaintiff's (1) <u>X</u>    race, (2) <u>X</u>    color, (3) _____ sex,

   (4) _____ religion, (5) _____ national origin, the Defendant:

      a. _____ failed to employ Plaintiff.

      b. __X__ terminated Plaintiff's employment.

      c. __X__ failed to promote Plaintiff.

      d. _____ retaliated against Plaintiff for having filed a charge of discrimination.

      e. __X__ other. Explain: _____

Retaliation for having complained about company practices of discrimination.

9. The circumstances under which Defendant discriminated against Plaintiff were as follows:

    I was hired with the above named company on or around September 21, 2009. On December 15, 2012, I was terminated from my position as Lieutenant.

    Since August 15, 2012, I have complained to numerous management personnel regarding my promotion as well as my pay raise. I was aware that that the company was promoting the white road agents, even as supervisor over me, in addition to giving them a pay increase although I was hired prior to these guys. I constantly complained as a result of this unfavorable treatment.

    PLEASE SEE ATTACHED

(You may use additional paper, if necessary.)

10. The acts set forth in paragraph 8 of this Complaint:

      a. _____ are still being committed by Defendant.

      b. _____ are no longer being committed by Defendant.

      c. __X__ may still be being committed by Defendant.

On December 13, 2012, the vehicle used to transport the inmates had broken down on the highway due to mechanical issues. I was the Supervisor on charge of this bus, and there were road agent and 22 inmates who were on this bus with me. Prior to this incident, I advised to management on numerous occasions that vehicle was not in good condition. However, I was told to transport these inmates or lose my job. After the mechanic inspected the bus, I noticed that the was leaking fluid and had very worn out tires. I contacted management to advise of this, but was told to continue to drive the bus. I refused to jeopardize the lives of these inmates and road agents, so I rented two vans in order to complete the task of transporting these inmates. When I returned to my residence, I received a telephone call advising that my entire group would be terminated. My group consisted of three road agents and they were: Agent Burnette (male/West Indies), Agent Hutchison (male/white) and Agent Gadsen (female/Black). We all were called into a meeting, however, when Agent Gadsen and I entered the room, we were immediately told to leave and only Agent Burnette and Agent Hutchison were interviewed. As a result, only Agent Gadsen and I were terminated.

It is my belief that I was discriminated against because of my Race(black), color and Retaliation due to my previous internal complaints regarding my promotion and pay raise all in violation of Title VII of the Civil Rights Act of 1964, as amended.

11. Plaintiff attaches to this Complaint a copy of the charges filed with the Tennessee Human Rights Commission or the Equal Employment Opportunity Commission, which charges are submitted as a brief statement of the facts supporting this Complaint.

**WHEREFORE**, Plaintiff prays that the Court grant the following relief:

a. _____ direct that Defendant employ Plaintiff, or

b. _____ direct that Defendant re-employ Plaintiff, or

c. _____ direct that Defendant promote Plaintiff, or

d. \_\_\_X_____ order other equitable or injunctive relief: _____
Direct the Defedant to refrain from all unlawful practice.

e. \_\_\_X_____ direct that Defendant pay Plaintiff back pay in the amount of

_____ and interest on back pay;

f. \_\_\_X_____ direct that Defendant pay Plaintiff compensatory damages: Specify the amount and basis for compensatory damages: _____
Twenty Four Thousand Dollars ($24,000.00)

g. \_\_\_X_____ direct that Defendant pay Plaintiff punitive damages in the amount of
$250,000.00
_____ because Defendant engaged in a discriminatory practice or practices with malice or with reckless indifference to Plaintiff's federally protected rights, as described in paragraphs 8 and 9 above; and that the Court grant such other relief as may be appropriate, including costs and attorney's fees.

*Charles E. Likely*
(Signature of Plaintiff)