IN THE UNTIED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

CHARLES E. LIKELY,  )
 )
    Plaintiff,  )
 )    Case No. 3:14-cv-02288
v.  )    Senior Judge Haynes
 )
PRISONER TRANSPORTATION  )
SERVICES OF AMERICA, LLC,  )
 )
    Defendant.  )

## O R D E R

Before the Court is the parties' stipulation of dismissal of all claims pending in this action. (Docket Entry No. 23). Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this action is **DISMISSED with prejudice**. Each party shall bear its own costs.

This is the Final Order in this action.

It is so **ORDERED**.

**ENTERED** this the 9th day of December, 2015.

WILLIAM J. HAYNES, JR.
Senior United States District Judge